**LOPEZ MCHUGH LLP**
Ramon Rossi Lopez (SBN 86361)
Amorina P. Lopez (SBN 278002)
120 Vantis Drive, Suite 430
Aliso Viejo, CA 92656
Telephone: (949) 737-1501
Facsimile:  (949) 737-1504
rlopez@lopezmchugh.com
alopez@lopezmchugh.com

*Attorneys for Plaintiff*

**NELSON MULLINS RILEY & SCARBOROUGH LLP**
Matthew B. Lerner (*pro hac vice*)
201 17th Street, Suite 1700
Atlanta, GA 30318
Telephone: (404) 322-6000
Facsimile: (404) 322-6040
matthew.lerner@nelsonmullins.com

**NELSON MULLINS RILEY & SCARBOROUGH LLP**
Shawtina F. Lewis  (SBN 259255)
19191 South Vermont Avenue, Suite 900
Torrance, CA  90502
Telephone: (424) 221-7400
Facsimile: (424) 221-7499
shawtina.lewis@nelsonmullins.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIANE LOWE,<br><br>Plaintiff,<br><br>v.<br><br>C. R. BARD, INC., and BARD PERIPHERAL VASCULAR, INC.,<br><br>Defendants. | Case No.:  2:22-cv-01823-MWF-MAA<br><br>**JOINT NOTICE OF SETTLEMENT AND STIPULATION AND MOTION TO STAY CASE FOR 90 DAYS; AND [PROPOSED] ORDER**<br><br>Assigned to Hon. Michael W. Fitzgerald |

PLEASE TAKE NOTICE that Plaintiff ADRIANE LOWE and Defendants C. R. BARD, INC. and BARD PERIPHERAL VASCULAR, INC. have reached a settlement in the above-referenced case. Once all of the appropriate signatures have been obtained, liens resolved, and settlement documents finalized, the parties will file an executed Stipulation of Dismissal of the entire action. In the meantime, the parties request that the Court stay this case and vacate all remaining deadlines for 90 days. In the event settlement is not finalized within that timeframe, the Parties will file a status report with the Court before the end of the 90-day stay period. Accordingly, the Parties request that the Court issue a stay of all pending case deadlines for 90 days pending dismissal.

DATED: March 31, 2023          Respectfully submitted,

NELSON MULLINS RILEY & SCARBOROUGH LLP

By:   */s/ Matthew B. Lerner*
      Matthew B. Lerner

      *Attorney for Defendants*
      C. R. Bard, Inc. and
      Bard Peripheral Vascular, Inc. and

DATED: March 31, 2023          LOPEZ MCHUGH LLP

By:   */s/ Ramon Rossi Lopez*
      Ramon R. Lopez
      *Attorney for Plaintiff*

**IT IS SO ORDERED.**

Dated: _____        _____
                              UNITED STATES DISTRICT JUDGE

1  Pursuant to Local Civil Rule 5-4.3.4(a)(2)(i), I hereby attest that Plaintiff's counsel,
2  on whose behalf this filing is jointly submitted, have concurred in this filing's content and
3  have authorized me to file this document.

                               */s/ Matthew B. Lerner*
                               Matthew B. Lerner