JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIANE LOWE, individually,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>C.R. BARD, INC., a New Jersey Corporation, BARD PERIPHERAL VASCULAR, INC., an Arizona corporation, and DOES 1 through 10,<br><br>　　　　　　Defendants. | Case No. 2:22-cv-01823-MWF(MAAx)<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITHOUT PREJUDICE** |

Pursuant to the stipulation of the parties under Federal Rules of Civil Procedure 41(a)(1)(a)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITHOUT PREJUDICE as to all claims, causes of action, and parties, with each party bearing the party's own attorney's fees and costs. The Clerk is directed to close the file.

Dated: August 4, 2023

_____
MICHAEL W. FITZGERALD
United States District Judge

ORDER OF DISMISSAL